**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 27, 2011**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 11-57504 |
| Brian J. Wildermuth | : | Chapter 13 (Judge Hoffman) |
| Debtor | : | |

### ORDER TO EMPLOYER TO WITHHOLD AND TRANSMIT DEDUCTIONS FROM DEBTOR'S PAY

Debtor, having proposed a plan for the adjustment of debt under Chapter 13 of the Bankruptcy Act of 1978 (Title 11, United States Code), this Court now comes to establish an appropriate amount of money to be withheld from debtor's pay in order to facilitate compliance with debtors' plan. The employer is not authorized to deduct any administrative expenses or service fees for this deduction. Based upon the foregoing, the debtor's plan, and pursuant to 11 U.S.C. § 1324(b):

**IT IS HEREBY ORDERED**: the employer of the debtor shall deduct the amount indicated below from the debtor's pay and send that sum along with the debtor's name, case number, and social security number to:

**CHAPTER 13 TRUSTEE
P.O. BOX 71-0795
COLUMBUS, OH 43271-0795**

**IT IS FURTHER ORDERED:** the Chapter 13 Trustee shall apply the funds to debtor's payment schedule.

**IT IS FURTHER ORDERED:** pursuant to 11 U.S.C. § 1325, deductions shall remain in effect without further Order of this Court, but that deductions may terminate only upon appropriate notice to debtor's employer.

**Employer**:   Hatfield KIA

**Deduction**:   $225.00 (Semi-monthly)

**IT IS SO ORDERED**.

**SERVICE TO: Default List Plus**
Hatfield KIA, 1455 Auto Mall Drive, Columbus, OH  43228, Atten: Sharon Nunnlly

###